IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
RECYCLED PAPER GREETINGS,               :    Case No. 09-10002 (KG)
INC., et al., ¹                         :
                                        :    (Jointly Administered)
         Debtors.                       :
--------------------------------------------------------x
```

## NOTICE OF FIRST AND FINAL APPLICATION

Name of Applicant:  Richards, Layton & Finger, P.A.

Authorized to Provide Professional
Services to:  Above-captioned debtors and debtors in possession

Date of Retention:  January 23, 2009 (*Nunc Pro Tunc* to January 2, 2009)

Period for which compensation
and reimbursement are sought:  January 2, 2009 through February 18, 2009

Amount of Compensation sought as
actual, reasonable and necessary  $391,223.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary  $18,399.11

This is a(n):  _____ Interim  __X__ Final Application

The following represents summary information for the Compensation Period from January 2, 2009 through February 18, 2009, the First and Final Fee Application:

---

1 The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) RPG Holdings, Inc. (8313); (ii) Recycled Paper Greetings, Inc. (9248); (iii) Recycled Paper Greetings Canada, Inc. (6068); and (iv) Barnyard Industries, Inc. (1424). The Debtors' principal offices are located at 111 N. Canal Street, Suite 700, Chicago, Illinois 60606.

## COMPENSATION BY PROFESSIONAL
## JANUARY 2, 2009 THROUGH FEBRUARY 18, 2009

| Name of Professional Individual | Position of the Applicant, Number of Years in the Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $610 | 15.0 | $9,150.00 |
| Charles M. Cochran | Joined firm as associate in 1985. Director in 1993 . Member of DE Bar since 1985. | $550 | 34.2 | $18,810.00 |
| Russell C. Silberglied | Joined firm as associate in 1995. Director in 2002. Member of DE Bar since 1996. | $550 | 153.7 | $84,535.00 |
| Robert J. Stearn, Jr. | Joined firm as associate in 1990. Director in 1998. Member of DE Bar since 1990. | $550 | 2.6 | $1,430.00 |
| Richard P. Rollo | Joined firm as associate in 1999. Counsel in 2006. Director in 2008. | $425 | 0.8 | $340.00 |
| Steven J. Fineman | Joined firm as associate in 2000. Counsel in 2008. Member of De Bar since 2001. | $390 | 64.5 | $25,155.00 |
| Jason M. Madron | Joined firm as associate in 2003. Member of DE Bar since 2003. | $345 | 0.2 | $69.00 |
| Harry Tashjian IV | Joined firm as associate in 2003. Member of DE Bar since 2004. | $325 | 119.9 | $38,967.50 |
| Chun I. Jang | Joined firm as associate in 2005. Member of DE Bar since 2005. | $300 | 82.1 | $24,630.00 |
| Lori A. Brewington | Joined firm as associate in 2007. Member of DE Bar since 2004. | $300 | 27.8 | $8,340.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in the Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael W. Romanczuk | Joined firm as associate in 2004. Member of DE Bar since 2005. | $280 | 46.1 | $12,908.00 |
| Sarah R. Stafford | Joined firm as associate in 2007. Member of the Ohio Bar since 2006. Member of DE Bar since 2008. | $275 | 3.0 | $825.00 |
| Lee Kaufman | Joined firm as associate in 2006. Member of DE Bar since 2006. | $275 | 7.4 | $2,035.00 |
| Katisha Fortune | Joined firm as associate in 2006. Member of DE Bar since 2006. | $255 | 30.6 | $7,803.00 |
| Cory D. Kandestin | Joined Firm as associate in 2007. Member of DE Bar since 2008 | $245 | 12.4 | $3,038.00 |
| Lisa I. Goicuria | Joined firm as associate in 2008. | $245 | 20.1 | $4,924.50 |
| Richard B. Carroll | Joined firm as associate in 2007. Member of DE Bar since 2007. | $245 | 36.1 | $8,844.50 |
| Sehr M. Rana | Joined firm as associate in 2007. Member of DE Bar since 2008. | $245 | 27.3 | $6,688.50 |
| Andrew C. Irgens | Joined firm as associate in 2008. Member of DE Bar since 2009 | $230 | 67.1 | $15,433.00 |
| Daniel S. Morrison | Joined firm as associate in 2008. | $230 | 42.2 | $9,706.00 |
| Aaron W. Stewart | Joined firm as associate in 2008. | $230 | 0.9 | $207.00 |
| Danielle L. Davis | Joined firm as associate in 2008. | $230 | 34.7 | $7,981.00 |
| Emily S. Preslar | Joined firm as associate in 2008. | $230 | 28.1 | $6,463.00 |
| Lisa M. Pietrzak | Joined firm as associate in 2008. | $230 | 28.6 | $6,578.00 |

RLF1-3376802-1

| Name of Professional Individual | Position of the Applicant, Number of Years in the Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Margot F. Alicks | Joined firm as associate in 2008. | $230 | 15.9 | $3,657.00 |
| Matthew L. Hinker | Joined firm as associate in 2008. | $230 | 40.0 | $9,200.00 |
| Michelle E. Whalen | Joined firm as associate in 2008. | $230 | 23.3 | $5,359.00 |
| Tiphanie P. Miller | Joined firm as associate in 2008. | $230 | 38.8 | $8,924.00 |
| Travis A. McRoberts | Joined firm as associate in 2008. | $230 | 47.8 | $10,994.00 |
| Vincent R. Versagli | Joined firm as associate in 2008. | $230 | 23.1 | $5,313.00 |
| Debra A. Bartell | Paralegal since 1988. Joined firm in 2008 | $195 | 8.8 | $1,716.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $185 | 3.2 | $592.00 |
| Ann Jerominski | Paralegal since 1995. Registered Paralegal since 2000. Joined firm in 2000. | $185 | 3.9 | $721.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $185 | 0.3 | $55.50 |
| Aja E. McDowell | Paralegal since 2003. Joined firm in 2002. | $185 | 0.7 | $129.50 |
| Yvonne A. Dalton | Paralegal since 1991. Rejoined firm in 2008. | $185 | 50.8 | $9,398.00 |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $185 | 1.1 | $203.50 |
| Tracy Allen | Paralegal since 2000. Joined firm in 2006 | $185 | 0.2 | $37.00 |
| Michael L. Collins | MIS Dept | $200 | 83.5 | $16,700.00 |
| Daniel D. White | MIS Dept | $190 | 43.4 | $8,246.00 |
| Stephanie J. Johnson | MIS Dept | $180 | 27.7 | $4,986.00 |

4

| Name of Professional Individual | Position of the Applicant, Number of Years in the Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brenda D. Tobin | CMA. | $100 | 1.3 | $130.00 |
| **Totals** | | | **1299.2** | **$391,223.00** |

|  |  |
|---|---|
| Total Compensation | $391,223.00 |
| Total Attorney Compensation: | $348,308.00 |
| Total Hours: | 1299.2 |
| Total Attorney Hours: | 1074.3 |
| Blended Attorney Rate: | $324.21 |

Dated:  April 2, 2009
       Wilmington, Delaware

5

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 2, 2009 THROUGH FEBRUARY 18, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| (A) Case Administration | 25.1 | $6,452.50 |
| (B) Creditor Inquiries | 0.8 | $228.50 |
| (C) Meetings | 3.0 | $950.00 |
| (D) Executory Contracts/Unexpired Leases | 37.5 | $12,598.00 |
| (E) Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| (F) Plan of Reorganization/Disclosure Statement | 24.4 | $8,716.00 |
| (G) Use, Sale of Assets | 10.1 | $3,029.00 |
| (H) Cash Collateral/DIP Financing | 1.4 | $318.00 |
| (I) Claims Administration | 6.7 | $2,087.50 |
| (J) Court Hearings | 101.0 | $33,357.50 |
| (K) General Corporate/Real Estate | 0.3 | $128.50 |
| (L) Schedules/SOFA/U.S. Trustee Reports | 8.4 | $2,190.50 |
| (M) Employee Issues | 0.7 | $152.50 |
| (N) Environmental | 0.0 | $0.00 |
| (O) Tax Issues | 0.7 | $141.00 |
| (P) Litigation/Adversary Proceedings | 1058.5 | $315,775.50 |
| (Q-1) RLF Retention | 7.1 | $1,797.00 |
| (Q-2) Retention of Others | 9.7 | $2,255.00 |
| (R-1) RLF Fee Applications | 0.9 | $345.00 |
| (R-2) Fee Applications of Others | 0.4 | $145.00 |
| (S) Vendor/Supplies | 1.0 | $203.00 |
| (T) Non-Working Travel | 0.0 | $0.00 |
| (U) Utilities | 0.8 | $166.00 |
| (V) Insurance | 0.7 | $187.00 |
| **TOTALS:** | **1299.2** | **$391,223.00** |

RLF1-3376802-1

## EXPENSE SUMMARY
## JANUARY 2, 2009 THROUGH FEBRUARY 18, 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Binding | | $100.00 |
| Court Reporter Service | J&J Court Transcribers, Inc, Transcripts Plus | $1,316.80 |
| Document Retrieval | Pacer | $212.00 |
| Duplicating - In House | Photocopies: 16,515 @ $.10/pg<br>Printing: 16,639 @ $.10/pg | $3,305.40 |
| Duplicating - Outside | | $0.00 |
| Lexis/Westlaw | | $3,808.77 |
| Long Distance Telephone | | $741.16 |
| Messenger & Delivery - In House | | $0.00 |
| Messenger & Delivery - Outside | Federal Express, Blue Marble | $1,436.86 |
| Record Retrieval | | $0.00 |
| Business Meals | See attached chart | $2,133.01 |
| Overtime | Secretarial | $4,663.54 |
| Postage | | $20.97 |
| Telecopier | | $0.50 |
| Travel | Roadrunner, Carl Black – 1/12/09 limo to airport $100.10<br><br>Roadrunner, Steven J. Fineman - NY travel reimbursement on 2/9/09 to prepare for and to take deposition.<br><br>Amtrak $198.00<br><br>Out of Pocket travel expense $55.00 - (includes food on train, parking at train station and two cabs)<br><br>2/9/09 – Russell Silberglied - ticket fees and hotel reservation fee $80.00<br><br>2/11/09 – Russell Silberglied ticket fee $20.00<br><br>2/12/09 – Charles M. Cochran ticket fee $30.00 | $483.10 |
| Filing Fees | Courtcall, LLC | $177.00 |
| Stationary Supplies | | $0.00 |
| Room Rental | | $0.00 |

7

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Professional Services | | $0.00 |
| RL&F Service Corp. | | $0.00 |
| TOTALS: | | $18,399.11 |

Dated: April 2, 2009
     Wilmington, Delaware

RLF1-3376802-1

| \multicolumn{5}{c}{**BUSINESS MEAL DETAIL**} |

| Date | Provider | Meal & # of people | Description | Amount |
|---|---|---|---|---|
| 1/2/09 | TGI Friday's | Dinner - 4 | Preparation for new case filing | $104.93 |
| 1/5/09 | Rodney Grill | Snack - 10 | Preparation with co-counsel for hearing | $47.30 |
| 1/5/09 | Rodney Grill | Snack - 3 | Preparation with co-counsel for hearing | $14.19 |
| 1/5/09 | Rodney Grill | Lunch - 2 | Preparation with co-counsel for hearing | $17.90 |
| 1/5/09 | Rodney Grill | Breakfast - 8 | Preparation with co-counsel for hearing | $166.40 |
| 1/5/09 | Rodney Grill | Breakfast - 4 | Preparation with co-counsel for hearing | $43.88 |
| 1/5/09 | Rodney Grill | Breakfast - 8 | Preparation with co-counsel for hearing | $79.60 |
| 1/5/09 | Rodney Grill | Lunch - 2 | Preparation with co-counsel for hearing | $17.90 |
| 1/5/09 | Gallucio's | Dinner - 1 | YAD - Coordinate service of first day orders & motions | $13.80 |
| 1/7/09 | Rodney Grill | Lunch - 3 | Research re: MCP contested matter | $47.76 |
| 1/7/09 | Mikimotos | Dinner - 2 | LYK - Revising and filing 2nd day motions YAD - file OCP motion, RLF retention, WGM retention, SOFA motion and Rothschild retention | $29.21 |
| 1/12/09 | Rodney Grill | Breakfast - 5 | Preparation with co-counsel for hearing | $41.37 |
| 1/12/09 | Rodney Grill | Breakfast - 6 | Preparation with co-counsel for hearing | $56.82 |
| 1/12/09 | Rodney Grill | Lunch - 6 | Preparation with co-counsel for hearing | $89.58 |
| 1/12/09 | Rodney Grill | Lunch - 8 | Preparation with co-counsel for hearing | $127.36 |
| 1/13/09 | Chillis | Dinner - 1 | Expedited research re: MCP contested matter | $26.35 |
| 1/23/09 | Rodney Grill | Lunch - 2 | Preparation with co-counsel for hearing | $22.88 |
| 1/28/09 | Kid Shelleen's | Dinner - 2 | RCS - Preparing for e-discovery TAM - Preparing protective order & for e-discovery | $29.78 |
| 1/31/09 | Washington Street Ale House | Lunch - 2 | Document review for MCP litigation | $54.00 |

| | | | | |
|---|---|---|---|---|
| 2/2/09 | Iron Hill Brewery | Dinner - 8 | Document review for MCP litigation | $235.87 |
| 2/3/09 | Iron Hill Brewery | Dinner - 1 | Document review for MCP litigation | $40.02 |
| 2/3/09 | Macaroni Grill | Dinner - 8 | Document review for MCP litigation | $227.36 |
| 2/4/09 | TGI Fridays | Dinner - 8 | Document review for MCP litigation | $232.81 |
| 2/4/09 | Chillis | Dinner - 1 | Document review for MCP litigation | $49.04 |
| 2/5/09 | Gallucio's | Dinner - 1 | CMC - Prepare for depositions | $12.94 |
| 2/5/09 | Washington Street Ale House | Dinner - 6 | Document review for MCP litigation | $111.75 |
| 2/6/09 | Rodney Grill | Lunch - 1 | Video conference room | $10.94 |
| 2/6/09 | Presto | Dinner - 2 | Document review for MCP litigation | $90.08 |
| 2/9/09 | S. J. Fineman | Lunch - 1 | NY - Prepare for and to take deposition | $12.00 |
| 2/18/09 | Rodney Grill | Breakfast - 6 | Prep with co-counsel for confirmation hearing | $47.35 |
| 2/18/09 | Rodney Grill | Lunch - 2 | Prep with co-counsel for confirmation hearing | $31.84 |
| **TOTAL** | | | | **$2,133.01** |

RLF1-3376802-1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
:
*In re* : Chapter 11
:
**RECYCLED PAPER GREETINGS,** : **Case No. 09-10002 (KG)**
**INC.,** *et al.,* [1] :
: **(Jointly Administered)**
**Debtors.** :
-----------------------------------------------------------x

## FIRST AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 2, 2009 THROUGH FEBRUARY 18, 2009

Pursuant to the Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Commencement Date (the 'Retention Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this First and Final Fee Application of Richards, Layton & Finger, P.A. for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the Period from January 2, 2009 through February 18, 2009 (the "Application"). By this Application, RL&F seeks a final allowance pursuant to the Retention Order with respect to the sum of $391,223.00 as compensation, and $18,399.11 for reimbursement of actual and necessary expenses for a total of $409,622.11 for the Period January 2, 2009 through February 18, 2009 (the "Compensation Period"). In Support of this Application, RL&F respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) RPG Holdings, Inc. (8313); (ii) Recycled Paper Greetings, Inc. (9248); (iii) Recycled Paper Greetings Canada, Inc. (6068); and (iv) Barnyard Industries, Inc. (1424). The Debtors' principal offices are located at 111 N. Canal Street, Suite 700, Chicago, Illinois 60606.

## Background

1.     On January 2, 2009 (the "Commencement Date"), RPG Holdings, Inc., Recycled Paper Greetings, Inc. Recycled Paper Greetings Canada, Inc. and Barnyard Industries, Inc. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.     By order dated January 23, 2009 (the "Retention Order"), the Court approved the employment and retention of RL&F as counsel for the Debtors. The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3.     No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

## Compensation Paid and Its Source

4.     All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

5.     Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.

6.     There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

### Fee & Expenses Statements

7.      The invoices for the time Compensation Period is attached hereto as Exhibit A.  These statements contain daily time logs describing the time spent by each attorney and paraprofessional for the applicable period.   To the best of RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee and Del. Bankr. L.R. 2016-2.

### Actual and Necessary Expenses

8.      A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F for the during the Compensation Period is attached hereto as Exhibit B. RL&F charges all of its bankruptcy clients $.10 per page for photocopying expenses and $.10 per page for printing jobs of 10 pages or larger.  RL&F also charges all of its clients $.25 per page for out-going facsimile transmissions.   Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

9.      Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost.  RL&F is currently under contract to pay these providers a flat fee every month.  Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of provides.

10.     RL&F believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's

13

Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

<h2 align="center">Summary of Services Rendered</h2>

11.     The directors and associates of RL&F who have rendered professional services in these cases are: Mark D. Collins, Charles M. Cochran, Russell C. Silberglied, Robert J. Stearn, Jr., Richard P. Rollo, Steven J. Fineman, Jason M. Madron, Harry Tashjian IV, Chun I. Jang, Lori A. Brewington, Michael W. Romanczuk, Sara R. Stafford, Lee Kaufman, Katisha Fortune, Cory D. Kandestin, Lisa I. Goicuria, Richard B. Carroll, Sehr M. Rana, Andrew C. Irgens, Daniel S. Morrison, Aaron W. Stewart, Danielle L. Davis, Emily S. Preslar, Lisa M. Pietrzak, Margot F. Alicks, Matthew L. Hinker, Michelle E. Whalen, Tiphanie P. Miller, Travis A. McRoberts and Vincent R. Versagli. The paraprofessionals of RL&F who have provided service to these attorneys in these cases are:   Debra A. Bartell, Barbara J. Witters, Ann Jerominski, Rebecca V. Speaker, Aja E. McDowell, Yvonne A. Dalton, Janel Gates, Tracy Allen, Michale L. Collins, Danie D. White Stephanie J. Johnson and Brenda D. Tobin.

12.     RL&F has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter in this Application.

<h2 align="center">Summary of Services By Project for January 2, 2009 Through February 18, 2009</h2>

13.     The services rendered by RL&F during this Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth attached hereto as Exhibit A.  The attorneys and paralegals who rendered services relating to each category are identified, along

14

with the number of hours for each individual and the total compensation sought for each category, in Exhibit A.

A.    Case Administration/Miscellaneous Matters

Fees: $6,452.50; Total Hours: 25.1

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance, maintaining service lists.

B.    Creditor Inquiries

Fees: $228.50; Total Hours: 0.8

This category includes all matters related to responding to creditor inquiries.

C.    Meetings

Fees: $950.00; Total Hours: 3.0

This category includes all matters related to preparing for and attending meetings with debtors, the creditors, creditors' committees, individual creditors, the U.S. Trustee, and co-counsel.

D.    Executory Contracts/Unexpired Leases

Fees: $12,598.00; Total Hours: 37.5

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.    Automatic Stay/Adequate Protection

Fees: $0.00; Total Hours: 0.0

RLF1-3376802-1

This category includes all matters relating to motions to modify the automatic stay; the effect of automatic stay on pending matters, and all other types of actions where adequate protection is the central issue.

F.   Plan of Reorganization/Disclosure Statement

Fees: $8,716.00; Total Hours: 24.4

This category includes all matters relating to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements and related corporate documentation and research relating thereto.

G.   Use, Sale, Lease of Assets

Fees: $3,029.00; Total Hours: 10.1

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.   Cash Collateral/DIP Financing

Fees: $318.00; Total Hours: 1.4

This category includes all matters relating to negotiation and documentation of debtor-in-possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.   Claims Administration

Fees: $2,087.50; Total Hours: 6.7

This category includes all matters relating to claims administration matters and bar date matters, including claims objections and related contested matters.

J.   Court Hearing

Fees: $33,357.50; Total Hours: 101.0

This category includes all matters relating to preparation for and attendance at court hearings.

K.  General Corporate/Real Estate

Fees: $128.50; Total Hours: 0.3

This category includes all matters relating to transactional, corporate governance, and related matters involving the debtor's business operations that are not part of a plan of reorganization or disclosure statement.

L.  Schedules/SOFA/U.S. Trustee Reports

Fees: $2,190.50; Total Hours: 8.4

This category includes all matters relating to preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M.  Employee Issues

Fees: $152.50; Total Hours: 0.7

This category includes all matters relating to employee wages, benefits, collective bargaining issues, other employee relation matters, ERISA and retiree benefits.

N.  Environmental

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to environmental matters, other than environmental aspects of a plan of reorganization.

O.  Tax Issues

Fees: $141.00; Total Hours: 0.7

This category includes all matters related to federal and state income, property, employment, excise and other tax matters, other than the tax aspects of a plan of reorganization.

17

P.   Litigation/Adversary Proceedings

Fees: $315,775.50; Total Hours: 1058.5

This category includes all matters to litigation and adversary proceedings.

Q-1.   RLF Retention

Fees: $1,797.00; Total Hours: 7.1

This category includes all matters related to preparation of applications to retain RLF and supplements thereto.

Q-2.   Retention of Others

Fees: $2,255.00; Total Hours: 9.7

This category includes time spent reviewing application for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.   RLF Fee Application

Fees: $345.00; Total Hours: 0.9

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

R-2.   Fee Applications of Others

Fees: $145.00; Total Hours: 0.4

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.   Vendor/Suppliers

Fees: $203.00; Total Hours: 1.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T. Non-Working Travel

Fees: $ 0.00; Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U. Utilities

Fees: $166.00; Total Hours: 0.8

This category includes all matters related to utility issues.

V. Insurance

Fees: $187.00; Total Hours: 0.7

This category includes all matters related to insurance policies or coverage.

## Valuation of Services

14. Attorneys and paraprofessionals of RL&F have expended a total of 1299.2 hours in connection with this matter during this Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 15.0 | $610 |
| Charles M. Cochran | 34.2 | $550 |
| Russell C. Silberglied | 153.7 | $550 |
| Robert J. Stearn, Jr. | 2.6 | $550 |
| Richard P. Roll | 0.8 | $425 |
| Steven J. Fineman | 64.5 | $390 |
| Jason M. Madron | 0.2 | $345 |
| Harry Tashjian IV | 119.9 | $325 |
| Chun I. Jang | 82.1 | $300 |
| Lori A. Brewington | 27.8 | $300 |
| Michael W. Romanczuk | 46.1 | $280 |
| Sarah R. Stafford | 3.0 | $275 |
| Lee Kaufman | 7.4 | $275 |
| Katisha Fortune | 30.6 | $255 |
| Cory D. Kandestin | 12.4 | $245 |
| Lisa I. Goicuria | 20.1 | $245 |
| Richard B. Carroll | 36.1 | $245 |

19

| ATTORNEYS | HOURS | HOURLY RATE |
| --- | --- | --- |
| Sehr M. Rana | 27.3 | $245 |
| Andrew C. Irgens | 67.1 | $230 |
| Daniel S. Morrison | 42.2 | $230 |
| Aaron W. Stewart | 0.9 | $230 |
| Danielle L. Davis | 34.7 | $230 |
| Emily S. Preslar | 28.1 | $230 |
| Lisa M. Pietrzak | 28.6 | $230 |
| Margot F. Alicks | 15.9 | $230 |
| Matthew L. Hinker | 40.0 | $230 |
| Michelle E. Whalen | 23.3 | $230 |
| Tiphanie P. Miller | 38.8 | $230 |
| Travis A. McRoberts | 47.8 | $230 |
| Vincent R. Versagli | 23.1 | $230 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
| --- | --- | --- |
| Debra A. Bartell | 8.8 | $195 |
| Barbara J. Witters | 3.2 | $185 |
| Ann Jerominski | 3.9 | $185 |
| Rebecca V. Speaker | 0.3 | $185 |
| Aja E. McDowell | 0.7 | $185 |
| Yvonne A. Dalton | 50.8 | $185 |
| Janel Gates | 1.1 | $185 |
| Tracy Allen | 0.2 | $185 |
| Michael L. Collins | 83.5 | $200 |
| Daniel D. White | 43.4 | $190 |
| Stephanie J. Johnson | 27.7 | $180 |
| Brenda D. Tobin | 1.3 | $100 |

15.    The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the Compensation Period is $391,223.00

16.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services

RLF1-3376802-1

other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court enter an order which provides that for the period January 2, 2009 through February 18, 2009 a first and final allowance be made to RL&F in the sum of $391,223.00 as compensation for necessary professional services rendered, and the sum of $18,399.11 as reimbursement of actual necessary costs and expenses, for a total of $409,622.11, and that such sums be authorized for payment less what has been previously paid to RL&F and for such other and further relief as this Court may deem just and proper.

Dated: April 2, 2009  
      Wilmington, Delaware

Respectfully submitted,

_Mark D. Collins (No. 2981)_  
Chun I. Jang (No. 4790)  
Lee E. Kaufman (No. 4877)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

_Counsel for the Reorganized Debtors_

RLF1-3376802-1

# VERIFICATION

STATE OF DELAWARE      :
                    : SS:

COUNTY OF NEW CASTLE   :

      I, Chun I. Jang, after being duly sworn according to law, deposes and says:

      a)      I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

      b)      I am aware of the legal services rendered by Richards, Layton & Finger, P.A., as co-counsel for the debtors and debtors in possession;

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and submit that the Application substantially complies with the Rule.

                                   Chun I. Jang (No. 4790)

SWORN AND SUBSCRIBED before
me this 2nd day of April, 2009.

Notary Public
My Commission Expires:   4/30/10

          JOAN M. WEBB
     Notary Public - State of Delaware
     My Comm. Expires April 30, 2010