IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
                                        :
*In re*                                 :   **Chapter 11**
                                        :
RECYCLED PAPER GREETINGS,               :   **Case No. 09-10002 (KG)**
INC., *et al.*,[1]                      :
                                        :   **(Jointly Administered)**
                Debtors.                :
                                        :   Re: Docket Nos. 226, 232 & 233
------------------------------------------------------x

## OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Upon consideration of the applications (each an "Application" and, collectively, the "Applications") of the professionals set forth on Exhibit 1 attached hereto (each an "Applicant" and, collectively, the "Applicants"), pursuant to sections 330(a) and 331 of chapter 11 of title 11 of the United States Code, §§ 101-1532, and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the final allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the period set fourth on Exhibit 1 (each an "Application Period"), in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having reviewed the Applications of each Applicant referenced on Exhibit 1, and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Applications, and there being no objections to the Applications in the amounts

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) RPG Holdings, Inc. (8313); (ii) Recycled Paper Greetings, Inc (9248); (iii) Recycled Paper Greetings Canada, Inc. (6068); and (iv) Barnyard Industries, Inc. (1424) The Debtors' principal offices are located at 111 N. Canal Street, Suite 700, Chicago, Illinois 60606.

RLF1-3399301-1

set fourth on Exhibit 1; and upon the full record of all proceedings in theses cases; and sufficient cause having been shown therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Applications of Richards, Layton & Finger, P.A. and Rothschild Inc. are granted, and the Application of Weil, Gotshal & Manges LLP is granted as modified, and each of the Applicants is allowed on a final basis, compensation and reimbursement of expenses for the Application Period in the respective amounts set fourth on Exhibit 1.

2. The Debtors are authorized and directed to make payment to each of the Applicants of 100% of any and all fees and 100% of any and all expenses listed on Exhibit 1 hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Application Period.

3. This Order shall be deemed a separate order with respect to each of the Applications. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal, and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: May **26**, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Final Fee Applications

| Applicant & Applicant's Role in Case | Period | Total Fees Approved | Total Expenses Approved |
|---|---|---|---|
| **Richards, Layton & Finger, P.A.** [Docket No. 226] *Co-Counsel to the Debtors* | January 2, 2009 - February 18, 2009 | $391,223.00 | $18,399.11 |
| **Weil, Gotshal & Manges LLP** [Docket No. 232] *Co-Counsel to the Debtors* | January 2, 2009 - February 18, 2009 | $600,334.00[1] | $14,595.11 |
| **Rothschild Inc.** [Docket No. 233] *Financial Advisor and Investment Banker to the Debtors* | January 2, 2009 - February 24, 2009 | $1,772,638.07 | $3,243.79 |

---

[1] The amount listed for Total Fees Approved represents a reduction of $9,120.50 from the amount requested in the Weil Application.